Hawbaker et ux. *v.* Custer et ux., Appellants.

Argued March 15, 1976. *Richard S. Campagna,* with him *William H. Simmet,* for appellants; *Alfred Jones, Jr.,* with him *Dunaway, Weyandt, McCormick & Jones,* for appellees.

Order affirmed.


Irwin et al. *v.* Union Carbide Corporation (et al., Appellant).

Argued March 18, 1976. *E. Dyson Herting,* and *Harvey, Pennington, Herting & Renneisen,* submitted a brief for appellant; *Anthony Creato,* with him *Mesirov, Gelman, Jaffe & Cramer,* for appellees.

Order affirmed.